### 39587. SURMIAK v. STANDARD ACCIDENT INSURANCE COMPANY et al.

FELTON, Chief Judge. Where the claimant sustained an injury which resulted in a partial loss of the use of a leg for which she received compensation under an agreement, and where a deputy director, following a hearing under *Code* § 114-709 for change of condition, awarded her compensation under *Code* § 114-404, based upon his finding of total incapacity, and where the full board's finding of 50% disability, with no superadded injury, disease or disability affecting other portions of claimant's body, was supported by competent evidence, the full board did not err in making its award based upon *Code Ann.* § 114-406 (o) and the court below did not err in its judgment affirming the board's award. See *New Amsterdam Cas. Co. v. Brown*, 81 Ga. App. 790 (1) (60 SE2d 245); *National Surety Corp. v. Nelson*, 99 Ga. App. 95 (1) (107 SE2d 718); *National Surety Corp. v. Martin*, 86 Ga. App. 77 (71 SE2d 666), and citations.

*Judgment affirmed. Bell and Hall, JJ., concur.*

DECIDED SEPTEMBER 5, 1962.

*Joel Willis, Jr.*, for plaintiff in error.
*Philip Taylor, Harris, Russell & Watkins*, contra.